**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOHN ELLIS JOHNSON**                                                        **PLAINTIFF**
**a/k/a John Johnson Ellis**
*ADC #121088*

**v.**                                **CASE NO. 2:24-CV-00018-BSM**

**DOE**                                                                          **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE